*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF MISSOURI*

## CRIMINAL CASE COVER SHEET

### County of Offense / Division of Filing

Texas / Southern

### Matter to be Sealed

☐ Secret Indictment
☐ Juvenile

### Defendant Information

Defendant Name: Wesley Warren Norris

Alias Name:

Birth Date: 06-14-1978

### Related Case Information

Superseding Indictment? ☐ Yes ☑ No   If yes, original case number:

New Defendant(s)? ☑ Yes ☐ No

Prior Complaint Case Number, if any:

Prior Target Letter Case Number, if any:

### U.S. Attorney Information

**AUSA** **Ami Miller**

### Interpreter Needed?

☐ Yes   Language and/or Dialect:
☑ No

### Location Status

Arrest Date:

☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

Writ Required?   ☐ Yes ☑ No

Warrant Required?   ☑ Yes ☐ No

### U.S.C. Citations

Total # of Counts        1 count

| Set | Index Key & Description of Offense Charged | Count(s) |
|:---:|---|:---:|
| 1 | 18:2252A.F ACTIVITIES RELATING TO MATERIAL CONSTITUTING OR CONTAIN | 1 |
| 2 | | |
| 3 | | |
| 4 | | |

(May be continued on reverse)

Revised: 12-07-2017